**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

JAMES HOWE and MATTHEW HOWE,
individuals,

               Plaintiffs,

vs.

GENE CARTER, an individual; and
NATIONWIDE MUTUAL INSURANCE
COMPANY, a foreign corporation,

               Defendants.

Case No. 07-CV-355-TCK-FHM

**ORDER**

Defendant Gene Carter's Motion to Compel Production of Documents from Nonparties [Dkt. 37] is before the undersigned United States Magistrate Judge for decision. The motion is DENIED.

Defendant seeks an order compelling Sparks Regional Medical Center, St. Edward Mercy Medical Center, and Walgreens to produce to Defendant's Counsel copies of records responsive to a Subpoenas Duces Tecum served on the above-named nonparties. The motion advises that Plaintiff received medical treatment from the medical centers located in Arkansas. Although Plaintiff has no objection to the subpoenas, this court is not the appropriate court to issue and enforce subpoenas directed to nonparties located in Arkansas. Fed.R.Civ.P. 45(a)(2)(C) (subpoenas for production or inspection must be issued from the court for the district where the production or inspection is to be made).

SO ORDERED this 16th day of June, 2008.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE