## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES HOWE and MATTHEW HOWE, <br><br>  Plaintiffs, <br><br> vs. <br><br> GENE CARTER, and individual; and NATIONWIDE MUTUAL INSURANCE COMPANY, a foreign corporation, <br><br>  Defendants. | Case No. 07-CV-355-TCK-FHM |

### OPINION AND ORDER

Plaintiffs' Motion for Additional Time Within Which to File an Answer to Application for Disbursement [Dkt. 58] is GRANTED in Part and DENIED in Part.

The Court notes that Plaintiffs' motion does not fully comply with the requirements of LCvR 7.2(g). Plaintiffs are reminded of their responsibility to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Plaintiffs are granted until August 28, 2008, in which to file a response to the Motion for Disbursement of Uninsured Motorist Proceeds [Dkt. 48]. Plaintiffs are advised that failure to file a responsive pleading on or before August 28, 2008, may result in the Motion for Disbursement of Uninsured Motorist Proceeds being deemed confessed as provided in LCvR7.2.

SO ORDERED this 22nd day of August, 2008.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE